UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JUQURRY FREEMAN,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 4:24-CV-04174-KES<br><br>JUDGMENT |

Under the Order Adopting Report and Recommendation and Dismissing Movant's § 2255 Motion, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent and against movant, Juqurry Freeman.

DATED April 1, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE